IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIMOTHY DOLCE,

      Plaintiff,                      No: 1:14-cv-01068-KG-KBM

vs.

WAL-MART STORES EAST, L.P.,

      Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice ("Motion") filed on May 20, 2015 [Doc. 31]. The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs incurred herein.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    Steven G. Biddle
    Charlotte Lamont

Attorneys for Defendant

Agreed to:

LAW OFFICE OF PHILIP B. DAVIS

By: *Approval given 4/23/15*
    Philip B. Davis
    Nicholas T. Davis

Attorneys for Plaintiff